7923. DENNIS *v.* THE STATE.

LUKE, J. 1. The constitution of this State requires that all criminal cases shall be tried in the county in which the crime is committed, and the venue must be proved beyond a reasonable doubt. *Murphy* v. *State*, 121 *Ga.* 142 (48 S. E. 909), *Cooper* v. *State*, 106 *Ga.* 119 (32 S. E. 23); *Smith* v. *State*, 2 *Ga. App.* 413 (58 S. E. 549).

2. In this case the question as to failure to prove venue is specifically raised in the motion for a new trial, as provided by the act of 1911

(Acts 1911, p. 150), and is argued in the brief of counsel for the plaintiff in error; and there being in the brief of evidence no proof of venue, this court must hold that the trial judge erred in overruling the motion for a new trial. It is unnecessary to pass upon the other assignments of error. *Moye* v. *State*, 65 *Ga.* 754; *Wade* v. *State*, 11 *Ga. App.* 411 (75 S. E. 494).

*Judgment reversed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 13, 1917.

Conviction of assault with intent to rape; from Morgan superior court—Judge Park. October 18, 1916.

*A. G. Foster, E. R. Lambert,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.

